The State on the Relation of Conner *v.* Reynearson.

———————

THE STATE on the Relation of Conner *v.* REYNEARSON.

A prosecuting witness in a prosecution for bastardy may, in open Court, dismiss the proceeding, under the approval of the Court, but if she compromise out of Court, such compromise must be specially pleaded, by the defendant, to be available.

APPEAL from the *Hendricks* Circuit Court.

*Per Curiam.*—The prosecuting witness may appear in open Court and dismiss a prosecution for bastardy, under the approval of the Court.

If, however, she compromise the matter out of Court, to be available, such compromise must be set up in an answer, to which replies may be filed. *The State* v. *Wilson*, 16 Ind. 134.

The judgment is reversed, with costs. Cause remanded for further proceedings, etc.

*Nave* and *Witherow*, for the appellant.

*L. M. Campbell*, for the appellee.

